UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 23, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICASIO ROMAN,

    Defendant.

Case No. 2:21-cr-00230-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release NICASIO ROMAN, Case No. 2:21-cr-00230-JAM, Charge 8 U.S.C. § 1326(a) and (b)(2), from custody for the following reasons:

    **X**    Release on Personal Recognizance with Pretrial Services Supervision

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    **X**    (Other): The defendant's release shall be delayed until 1/24/2024 at 9:00 a.m. Upon release, the defendant shall report directly to Pretrial Services for further processing.

Sacramento County Jail is further ORDERED to release the defendant with a

    **X**    30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 23, 2024 at 2:20 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson