IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>NICASIO ROMAN,<br><br>        Defendant. | Case №:2:21-cr-0230-JAM<br><br>**O R D E R**<br>**MODIFYING SPECIAL RELEASE**<br>**CONDITIONS (Docket 12)** |

Upon the parties Stipulation to modify Defendant NICASIO Roman's *Special Conditions of Release,* (1.24.24, Dkt.12), by pleading without hearing, and Mr. Roman's defense counsel having consulted with and there being no opposition by the United States of America, by Philip Talbert, United States Attorney, through Elliott Wong, Assistant United Sates Attorney, and MR. ROMAN's Pretrial Services Officer, Margarita Zepeda, given Mr. Roman's compliance while on release, and good cause appearing,

IT IS HEREBY ORDERED modifying Defendant NICASIO ROMAN's *Special Conditions of Release* to:

1. **Amend** Condition 14, to replace the existing *Home Detention* language with:

    **CURFEW:** You must remain inside your residence every day from 3:00 p.m. to 9:00 a.m., or as adjusted by the pretrial services officer for

*U.S. v. Nicasio Roman*                                     1 [Proposed] Order Modifying Special Release Conditions(Docket 12)

      medical, religious services, employment or court-ordered obligations.

2. With all remaining conditions continuing in full force and effect.

Pretrial will review these modified conditions with Defendant NICASIO ROMAN and ensure he receives a copy.

DATED: OCTOBER 4, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE