IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>      vs.                           )<br>                                    )<br>NICASIO ROMAN MALDONADO,            )<br>                                    )<br>           Defendant.               )<br>_____) | Case No 2:21-cr-00230-JAM<br><br>**O R D E R**<br>**FILING EX PARTE AND UNDER SEAL COUNSEL'S NOTICE OF FACTS RELATED TO COUNSEL APPOINTMENT** |

Upon Defendant NICASIO ROMAN MALDONADO's Motion to file *ex parte* and under seal his *Counsel's Notice of Facts Related to Counsel Appointment* referencing information relating to his counsel's appointment to represent him and good cause appearing pursuant to *Guide to Judiciary Policy*, Vol.7, Chap.2, § 210.40.20(h) and General Order 671, this District's *CJA Plan,*

IT IS HEREBY ORDERED FILING Defendant NICASIO ROMAN MALDONADO's *Counsel's Notice of Facts Related to Counsel Appointment* **ex parte and under seal**.

Dated: November 27, 2024        /s/ John A. Mendez
                                 _____
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

*U.S. v. Nicasio Roman Maldonado*     1     Order Filing Ex Parte and Under
                                                Seal Counsel's Notice of Facts
                                                Related to Counsel Appointment