IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NICASIO ROMAN MALDONADO,<br><br>　　　　Defendant. | Case №:2:21-cr-0230-JAM<br><br>**O R D E R**<br>**MODIFYING SPECIAL RELEASE CONDITIONS (Docket 12, 31 and 32)** |

　　Upon the parties Stipulation to modify Defendant NICASIO ROMAN MALDONADO's *Special Conditions of Release,* (1.24.24, Dkt.12 and 10.7.24, Dkt. 31 and 32), by pleading without hearing, and Mr. ROMAN MALDONADO's defense counsel having consulted with and there being no opposition by the United States of America, by Michele Beckwith, Acting United States Attorney, through Elliott Wong, Assistant United Sates Attorney, and MR. ROMAN MALDONADO's Pretrial Services Officer, Margarita Zepeda, given Mr. Roman's compliance while on release, and good cause appearing,

　　IT IS HEREBY ORDERED modifying Defendant NICASIO ROMAN MALDONADO's *Special Conditions of Release* to:

　　1.　**Amend** Condition 14, to replace the existing *Curfew* language with:

　　　　**CURFEW:** You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as

      adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and

2. With all remaining conditions continuing in full force and effect.

Pretrial will review these modified conditions with Defendant NICASIO ROMAN MALDONADO and ensure he receives a copy.

DATED: FEBRUARY 25, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE