HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
heather_williams@fd.org

Attorney for Defendant
NICASIO ROMAN MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:21-cr-00230-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 53)** |
| vs. | ) | |
| NICASIO ROMAN MALDONADO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by Michele Beckwith, Acting United States Attorney, through Elliot Wong, Assistant United States Attorney, and Defendant NICASIO ROMAN MALDONADO, by and through his attorney Heather E. Williams, Federal Defender, that:

1. The Government's *Opposition* to MR. ROMAN MALDONADO's *Motion* (Dkt. 35) will be due not later than **July 14, 2025**;

2. MR. ROMAN MALDONADO is waiving his *Reply*; and

3. The *Motion* is submitted to the Court once the Government files

/ / / / /

/ / / / /

/ / / / /

/ / / / /

*U.S. v. Nicasio Roman Maldonado*    1    Stipulation and Order Setting Briefing Schedule Re: Defendant's Motion for Compassionate Release

its *Opposition*.

SUBMITTED: June 25, 2025.

HEATHER E. WILLIAMS
Federal Defender

*s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for Defendant

MICHELE BECKWITH
Acting United States Attorney

*s/ Elliot C. Wong*
ELLIOT C. WONG
Assistant United States Attorney
Attorney for the Government

# **O R D E R**

Upon the parties' *Stipulation*,

IT IS HEREBY ORDERED that:

1. The Government's *Opposition* to Mr. Roman Maldonado's *Motion* (Dkt. 35) will be due not later than **July 14, 2025**; and

2. Given Mr. Roman Maldonado's *Reply* waiver, his *Motion to Amend Sentence (Compassionate Release)* (Dkt. 53) is submitted to the Court once the Government files its *Opposition.*

Dated: June 25, 2025        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE